# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IAN SHORT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 10-CV-766-JED-FHM |
| | ) |
| USAA CASUALTY INSURANCE | ) |
| COMPANY; UNITED SERVICES | ) |
| AUTOMOBILE ASSOCIATION; and | ) |
| USAA GENERAL INDEMNITY | ) |
| COMPANY, | ) |
| | ) |
| Defendants. | ) |

## OPINION AND ORDER

Non-Party Dr. Mark Peery has filed a *Motion to Quash Deposition Subpoena* [Dkt. 127]. The motion requests the court quash the deposition subpoena issued to Peery Chiropractic Clinic. No response has been filed and the time to file a response has past. Pursuant to LCvR 7.2(e), the motion is deemed confessed.

Non-Party Dr. Mark Peery's *Motion to Quash Deposition Subpoena* [Dkt. 127] is hereby GRANTED.

IT IS SO ORDERED THIS 10th day of December, 2013.

*Frank H. McCarthy*
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE